**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

────────────

**No. 01-6113**

────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

HENRY OTIS MORROW,

Defendant - Appellant.

────────────

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Richard L. Voorhees,
District Judge.  (CR-98-28-V, CA-99-194)

────────────

Submitted:  February 21, 2002        Decided:  March 4, 2002

────────────

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

────────────

Dismissed by unpublished per curiam opinion.

────────────

Henry Otis Morrow, Appellant Pro Se. Harry Thomas Church, Assistant
United States Attorney, Charlotte, North Carolina, for Appellee.

────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Henry Otis Morrow seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  United States v. Morrow, Nos. CR-98-28-V; CA-99-194 (W.D.N.C. filed Nov. 2, 2000 & entered Nov. 3, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2